ELMER E. SMATHERS, Deceased, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against THEODORE ORNSTEIN, Mayor of the City of Long Beach, and Others, Appellants. In the Matter of the Application of CHARLES B. SHAFFER, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against THEODORE ORNSTEIN, Mayor of the City of Long Beach, and Others, Appellants. In the Matter of the Application of S. & S. LYRIC, INC., Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against THEODORE ORNSTEIN, Mayor of the City of Long Beach, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied.— Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ADOLPH EDWARD QUARTIN, an Attorney and Counselor at law.— Matter referred to Hon. Selah B. Strong, official referee, to hear and to report with his opinion. The court directs that the service of all notices upon the respondent may be made by mail, with the same force and effect as though personal service had been effected. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Petition of ELIZABETH M. BUTLER for a Judicial Settlement of the Account of Proceedings of the Late FANNY V. N. RAMSDELL, as Trustee (by Said ELIZABETH M. BUTLER as Her Executrix), and Said ELIZABETH M. BUTLER, as Sole Surviving Successor Trustee, of the Trust Created by Article 11th of the Will of JOHN J. VAN NOSTRAND, Deceased, for the Benefit of Said FANNY V. N. RAMSDELL, and Also for a Construction of the Will, etc. ELIZABETH VAN NOSTRAND BUTLER, Individually and as Administratrix, etc., of THOMAS P. RAMSDELL, Deceased, and Another, Appellants; WILLIAM NELSON CROMWELL and ALFRED JARETZKI, JR., as Executors, etc., of LOUISA B. VAN NOSTRAND, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

IDA KRAUS, Respondent, v. DAVID M. WOOLIN and Others, Appellants, and MARTY HOLDING CORPORATION, Defendant.— Motion for reargument denied, with ten dollars costs.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MOE LESSER, Respondent, v. ALFRED L. HART, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SAMUEL METRIK, Appellant, v. NATHAN D. SHAPIRO and Others, Attorneys-at-Law, Doing Business under the Firm Name and Style of NATHAN D. SHAPIRO & BROS., and NATHAN D. SHAPIRO, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

LORA C. PILLING and Others, Appellants, v. ADALINE DAVISON and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK SCHOOL FOR THE DEAF, Appellant, v. HOWARD E. TOWNSEND and Others, as Assessors of the Town of Greenburgh, New York, Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.